[No. 10228–5–II. Division Two. October 27, 1987.]

UNITED BANK, *Respondent,* v. PETER KRAM, ET AL, *Appellants,* MICHAEL D. FULTZ, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–01410–7, John M. Darrah, J., entered August 1, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 10442–3–II. Division Two. October 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN BRADLEY NEAL, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86–1–00159–3, Frank E. Baker, J. Pro Tem., entered September 26, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 10404–1–II. Division Two. October 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. HUBERT EARL GRAHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–00456–6, J. Kelley Arnold, J., entered September 15, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.